

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2014

No. 04-14-00078-CV

**RIVER CITY CARE CENTER, INC.** d/b/a River City Care Center,
Appellant

v.

Betty **TAYLOR**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15814
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

The reporter's record was due to be filed in this appeal on March 7, 2014. The court reporter responsible for preparing the record, Ms. Judith A. Stewart, was previously granted an additional thirty day extension to file the record, extending the deadline for filing the record to April 7, 2014. The record has not been filed. It is therefore ORDERED that Ms. Stewart file the record in this court no later than May 7, 2014. If the record is not received by such date, an order may be issued directing Ms. Stewart to appear and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Judith A. Stewart by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Barbara Hanson Nellermoe, Judge of the 37th Judicial District Court.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court